AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeown, Mary M. | Ninth Circuit Court of Appeals | 04/30/2011 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge - Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2010<br>to<br>12/31/2010 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U. S. Court of Appeals<br>401 West A Street Suite 2000<br>San Diego CA 92101 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Advisors | American Judicature Society |
| 2. Board of Visitors | Georgetown University Law Center |
| 3. Board of Directors | Association of Business Trial Lawyers - San Diego |
| 4. Board of Directors | Federal Judges Association |
| 5. Board of Directors | La Jolla Music Society |
| 6. Trustee | International Association of Women Judges |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**McKeown, Mary M.**

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. Spg/Fall10 | Univ of San Diego Law School - Teaching | $26,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | University of California San Diego - Salary |
| 2. 2010 | Self-employed Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Georgetown University Law Center | 10/5/09-12/14/09 | Washington, DC | Teaching | Transportation, lodging and meals (incurred in 2009; received in 2010) |
| 2. | The American Law Institute | 01/28/10-01/29/10 | Philadelphia, PA | Commercial Arbitration Meeting | Transportation, lodging and meals |
| 3. | The American Society of International Law | 02/15/10-02/16/10 | Washington, DC | Judicial Advisory Board Meeting | Transportation, lodging and meals |
| 4. | Federal Judges Association | 03/17/10-03/18/10 | Washington, DC | Meeting | Lodging |
| 5. | Pepperdine University | 03/18/10-03/19/10 | Malibu, CA | Judicial Clerkship Institute | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | The American Society of International Law | 03/25/10-03/26/10 | Washington, D.C. | ASIL Annual Meeting Panel | Transportation and lodging |
| 7. | American Bar Association | 03/26/10-03/31/10 | Manama, Bahrain | Rule of Law Initiative-Judicial Ethics Meeting | Transportation, lodging and meals |
| 8. | University of California, Berkeley | 04/08/10-04/09/10 | Berkeley, CA | Statute of Anne Copyright Conference | Transportation, lodging and meals |
| 9. | Brooklyn Law School | 04/09/10-04/10/10 | Brooklyn, NY | Evidence Moot Court | Transportation, lodging and meals |
| 10. | American Bar Association | 04/11/10-04/13/10 | Washington, DC | Rule of Law Initiative Meeting | Transportation, lodging and meals |
| 11. | Georgetown University Law Center | 04/14/10-04/20/10 | London, England | Board of Visitors Meeting | Transportation, lodging and meals |
| 12. | American Bar Association | 06/13/10-06/16/10 | Mexico City, Mexico | Rule of Law Initiative Meeting | Transportation, lodging and meals |
| 13. | University of San Diego | 07/08/10-08/03/10 | Paris, France | Teaching | Transportation, lodging and meals |
| 14. | American Bar Association | 08/06/10-08/07/10 | San Francisco, CA | Annual Meeting | Lodging |
| 15. | American Bar Association | 09/07/10-09/12/10 | Lima, Peru | World Justice Project | Transportation, lodging and meals |
| 16. | Federal Judges Association | 09/15/10-09/16/10 | Washington, DC | Meeting | Lodging and meals |
| 17. | National Association of Women Judges | 10/17/10 | San Francisco, CA | Annual Conference Speaker | Transportation |
| 18. | Georgetown University Law Center | 10/27/10-10/29/10 | Washington, DC | Board of Visitors Meeting | Transportation |
| 19. | Washington State Bar Association | 11/03/10-11/4/10 | Seattle, WA | Annual Antitrust and Consumer Protection Seminar | Transportation and meals |
| 20. | Conference of Western Attorneys General | 12/02/10-12/03/10 | Santa Fe, NM | Ethics Presentation | Transportation, lodging and meals |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SUNTRUST MORTGAGE, INC./ CHASE HOME | RESIDENTIAL/RENTAL PROPERTY - SAN FRANCISCO CA | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA #2 | A | Interest | M | T | | | | | |
| 2. BOEING | A | Dividend | J | T | | | | | |
| 3. LINCOLN MUTUAL INSURANCE | A | Interest | J | T | | | | | |
| 4. SCHWAB ACCT #4 | | | | | | | | | |
| 5. ---AIM VI TECH FUND | | None | J | T | | | | | |
| 6. ---ALGER LARGE CAP GROWTH | | None | J | T | | | | | |
| 7. ---AMER CENTURY VP INTL | | None | J | T | | | | | |
| 8. ---BARON GROWTH OPPORT FND | | None | J | T | | | | | |
| 9. ---SCHWAB S&P 500 INDEX FUND | | None | J | T | | | | | |
| 10. TULLY'S COFFEE | | None | J | T | | | | | |
| 11. TRUST #1 | | | | | | | | | |
| 12. ---FIDELITY BLUE CHIP | A | Dividend | K | T | | | | | |
| 13. ---FIDELITY DISCOVER FUND | A | Dividend | J | T | | | | | |
| 14. ---FIDELITY GROWTH & INC | A | Dividend | K | T | | | | | |
| 15. 403b #1- FIDELITY INVESTMENTS | | | | | | | | | |
| 16. ---UC SAVINGS FUND | A | Dividend | J | T | | | | | |
| 17. ---FIDELITY CONTRA | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. ---FIDELITY EURO CAP APPREC | B | Dividend | L | T | | | | | |
| 19. ---FIDELITY SELECT TECH/PURITAN | A | Dividend | K | T | | | | | |
| 20. FIDELITY ANNUITY #2 | | | | | | | | | |
| 21. ---FIDELITY VIP CONTRA | | None | K | T | | | | | |
| 22. ---FIDELITY VIP EQUITY INCOME | | None | J | T | | | | | |
| 23. NORTHERN TRUST #1 | | | | | | | | | |
| 24. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 25. NORTHERN TRUST #2 | | | | | | | | | |
| 26. ---NORTHERN TRUST MMF | A | Int./Div. | K | T | | | | | |
| 27. NORTHERN TRUST #3 | | | | | | | | | |
| 28. ---NORTHERN TRUST CHK | A | Interest | J | T | | | | | |
| 29. NORTHERN TRUST #4 | | | | | | | | | |
| 30. ---NORTHERN TRUST CHK | A | Interest | K | T | | | | | |
| 31. NORTHERN TRUST #5 | | | | | | | | | |
| 32. ---ABBOTT LAB (ABT) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 33. ---ACCENTURE BERMU (ACN) | A | Dividend | | | Sold | 10/04/10 | J | B | |
| 34. ---ADR ABB LTD (ABB) | | None | | | Sold | 10/04/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. ---ALTERA CORP (ALTR) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 36. ---AMAZON (AMZN) | | None | J | T | Buy | 10/04/10 | J | | |
| 37. | | | | | Sold (part) | 11/29/10 | J | A | |
| 38. ---AMER EX (AXP) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 39. ---APPLE (AAPL) | | None | J | T | Sold (part) | 10/04/10 | J | B | |
| 40. ---BANK OF AMERICA (BAC) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 41. ---BERKSHIRE HATH (BRK-B) | | None | J | T | Buy | 10/04/10 | J | | |
| 42. ---BHP BILLITON (BHP) | | None | J | T | Buy | 10/04/10 | J | | |
| 43. ---CISCO SYSTEMS (CSCO) | | None | J | T | Buy | 10/04/10 | J | | |
| 44. | | | | | Sold (part) | 11/29/10 | J | A | |
| 45. ---CITRIX SYS (CTXS) | | None | J | T | Buy | 10/04/10 | J | | |
| 46. ---COLGATE (CL) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 47. ---CONOCOPHIL (COP) | | None | J | T | Buy | 11/29/10 | J | | |
| 48. ---COSTCO (COST) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 49. ---CUMMINS INC (CMI) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 50. ---DANAHER CORP (DHR) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 51. ---DOMINION (D) | A | Dividend | J | T | Buy | 10/04/10 | J | | |

1. Income Gain Codes:
(See Columns B1 and D4)

| A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|
| F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |

2. Value Codes
(See Columns C1 and D3)

| J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 |
|---|---|---|---|
| N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 |
| P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | |

3. Value Method Codes
(See Column C2)

| Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market |
|---|---|---|---|
| U =Book Value | V =Other | W =Estimated | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ---DUPONT (DD) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 53. ---EMC CORP (EMC) | | None | J | T | Buy | 10/04/10 | J | | |
| 54. ---EMERSON ELECT (EMR) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 55. ---FEDEX CORP (FDX) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 56. ---FRKLN RES (BEN) | | None | J | T | Buy | 10/04/10 | J | | |
| 57. ---FRONTIER (FTR) | | None | | | Spinoff (from line 122) | 07/08/10 | J | | |
| 58. | | | | | Sold | 07/12/10 | J | A | |
| 59. ---GOOGLE (GOOG) | | None | J | T | Buy | 10/04/10 | J | | |
| 60. ---GRAINGER (GWW) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 61. ---HJ HEINZ (HNZ) | | None | J | T | Buy | 10/04/10 | J | | |
| 62. ---ITT CORP INC (ITT) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 63. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 64. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 65. ---JUNIPER NETWORKS (JNPR) | | None | J | T | Buy | 11/29/10 | J | | |
| 66. ---KOHLS CORP (KSS) | | None | | | Sold | 06/03/10 | J | A | |
| 67. ---LOWES COS (LOW) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 68. ---MCDONALDS CORP (MCD) | A | Dividend | | | Sold | 10/04/10 | J | C | |

1. Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)  U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69. ---MCKESSON CORP (MCK) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 70. ---MEDCO HLTH SOLUT (MHS) | | None | J | T | Sold (part) | 10/04/10 | J | A | |
| 71. ---MFB NORTH FDS BD INDEX (NOBOX) | | None | M | T | Buy | 12/30/10 | M | | |
| 72. ---MFB NORTH CAL MUN MONEY MKT (NOCXX) | A | Dividend | K | T | | | | | |
| 73. ---MFB NORTH FDS CALIF INTER TAX EXPT (NCITX) | C | Int./Div. | L | T | Sold (part) | 10/04/10 | J | A | |
| 74. ---MFB NORTH FDS MUN MM FD (NOMXX) | | None | L | T | Buy | 10/04/10 | L | | |
| 75. ---MFB NORTH MULTI-MGR MID CAP (NMMCX) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 76. ---MFB NORTH MULTI-MGR SMALL CAP (NMMSX) | | None | K | T | Buy | 10/04/10 | K | | |
| 77. ---MFB NORTH FDS CA TAX EXPT (NCATX) | D | Int./Div. | | | Sold (part) | 10/04/10 | K | A | |
| 78. | | | | | Sold | 12/30/10 | L | A | |
| 79. ---MFB NORTH EMERG MKTS EQ FND (NOEMX) | A | Dividend | L | T | Buy (add'l) | 10/04/10 | J | | |
| 80. ---MFB NORTH HI YIELD FXD INC (NHFIX) | | None | | | Buy | 11/18/10 | L | | |
| 81. | | | | | Sold | 12/30/10 | L | A | |
| 82. --- MFB NORTH HI YIELD MUNI (NHYMX) | C | Int./Div. | | | Buy (add'l) | 10/04/10 | K | | |
| 83. | | | | | Sold | 11/18/10 | L | A | |
| 84. ---MFB NORTH STK INDEX (NOSIX) | B | Dividend | | | Sold | 10/04/10 | M | E | |
| 85. ---MFB NORTH MM GLOBAL RE (NMMGX) | B | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |

---

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. ---MFB NORTH INTL EQTY INDEX (NOINX) | B | Dividend | L | T | Sold (part) | 10/04/10 | J | B | |
| 87. ---MFC ISHARE TR BARCLAYS TIPS (TIP) | A | Dividend | K | T | | | | | |
| 88. ---MFC SPDR GOLD TR (GLD) | | None | K | T | Buy (add'l) | 10/04/10 | K | | |
| 89. ---MFC SECTOR SPDR BEN INT-HLTH (XLV) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 90. ---MFC SLT SECTOR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 91. ---MFC SLT SECTOR SPDR ENERGY (XLE) | | None | J | T | Buy | 10/04/10 | J | | |
| 92. ---MFC SLT SECTOR SPDR FINANCIAL (XLF) | A | Dividend | J | T | Buy | 06/03/10 | J | | |
| 93. | | | | | Sold (part) | 10/04/10 | J | A | |
| 94. | | | | | Sold (part) | 11/03/10 | J | A | |
| 95. ---MFC SLECT SECTOR SPDR TECH (XLK) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 96. ---MFO CREDIT SUISSE COMMIDITY RETURN (CRSOX) | A | Dividend | | | Sold | 10/05/10 | J | A | |
| 97. ---MFO PIMCO FNDS PAC INVST (PCRIX) | B | Dividend | K | T | Sold (part) | 10/05/10 | J | A | |
| 98. ---MICROSOFT CORP (MSFT) | A | Dividend | | | Sold | 10/04/10 | J | B | |
| 99. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 100. ---NIKE INC CL B (NKE) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 101. ---NOBLE ENERGY INC ((NBL) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 102. ---NOVARTIS AG (NVS) | | None | J | T | Buy | 10/04/10 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ---OMNICOM GRP (OMC) | | None | J | T | Buy | 11/29/10 | J | | |
| 104. ---ORACLE (ORCL) | | None | J | T | Buy | 10/04/10 | J | | |
| 105. ---PEPSICO INC (PEP) | A | Dividend | J | T | Sold (part) | 06/03/10 | J | A | |
| 106. | | | | | Sold (part) | 10/04/10 | J | A | |
| 107. ---PG&E CORP (PCG) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 108. ---PRINCIPAL FINL GRP (PFG) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 109. ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 110. ---SALESFORCE COM (CRM) | | None | J | T | Buy | 10/04/10 | J | | |
| 111. ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 112. ---SLT SECTOR SPDR CONSMR DISCRET (XLY) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 113. ---SLT SECTOR SPDR RE INDL (XLI) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 114. ---SIMON PROP GRP (SPG) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 115. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 116. ---SPECTRA ENERGY (SE) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 117. ---SYSCO CORP COM (SYY) | | None | | | Buy | 10/04/10 | J | | |
| 118. | | | | | Sold | 11/29/10 | J | A | |
| 119. ---TRANSOCEAN INC (RIG) | | None | | | Sold | 06/01/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. ---TRAVELERS COS | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 121. ---UNITED TECH (UTX) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 122. ---VERIZON COMM (VZ) | A | Dividend | | | Sold (part) | 06/03/10 | J | A | |
| 123. | | | | | Sold | 10/04/10 | J | A | |
| 124. ---WHOLE FOODS MKT (WFMI) | | None | J | T | Buy | 10/04/10 | J | | |
| 125. NORTHERN TRUST #6 | | | | | | | | | |
| 126. ---ABBOTT LAB (ABT) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 127. ---ACCENTURE BERM (ACN) | A | Dividend | | | Sold | 10/04/10 | J | B | |
| 128. ---ADOBE (ADBE) | | None | | | Sold | 10/04/10 | J | A | |
| 129. ---ADR ABB LTD (ABB) | | None | | | Sold | 10/04/10 | J | A | |
| 130. ---ADR ARCELORMITTAL (MT) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 131. ---ADR NOKIA CORP (NOK) | A | Dividend | | | Sold | 03/22/10 | J | A | |
| 132. ---ALTERA CORP (ALTR) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 133. ---AMAZON (AMZN) | | None | J | T | Buy | 10/04/10 | J | | |
| 134. | | | | | Sold (part) | 11/29/10 | J | A | |
| 135. ---AMER EX (AXP) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 136. ---AMERIPRISE FINL (AMP) | A | Dividend | | | Sold | 10/04/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000.000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. ---APPLE INC (AAPL) | | None | J | T | Sold (part) | 10/04/10 | J | C | |
| 138. ---BANK OF AMER (BAC) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 139. ---BANK OF NY MELLON (BK) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 140. ---BAXTER INTL ( BAX) | A | Dividend | | | Sold | 01/10/10 | J | A | |
| 141. ---BECTON DICKINSON & CO. (BDX) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 142. ---BERKSHIRE HATH B (BRK/B) | | None | J | T | Buy | 10/04/10 | J | | |
| 143. ---BHP BILLITON (BHP) | | None | J | T | Buy | 10/04/10 | J | | |
| 144. ---CISCO SYS (CSCO) | | None | J | T | Sold (part) | 10/04/10 | J | A | |
| 145. | | | | | Sold (part) | 11/29/10 | J | A | |
| 146. ---CITRIX SYS (CTXS) | | None | J | T | Buy | 10/04/10 | J | | |
| 147. ---COLGATE-PALM (CL) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 148. ---CONOCOPHILLIPS (COP) | | None | J | T | Buy | 11/29/10 | J | | |
| 149. ---COSTCO WHOLESALE (COST) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 150. ---CUMMINS (CMI) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 151. ---CVS CAREMARK (CVS) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 152. ---DANAHER CORP (DHR) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 153. ---DOMINION RES (D) | A | Dividend | J | T | Buy | 10/04/10 | J | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ---DUPONT (DD) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 155. ---EMC CORP (EMC) | | None | J | T | Buy | 10/04/10 | J | | |
| 156. ---EMERSON ELECT CO. (EMR) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 157. ---EXELON CORP EXC (EXC) | A | Dividend | | | Sold | 02/25/10 | J | B | |
| 158. ---FEDEX CORP (FDX) | A | Dividend | J | T | Sold (part) | 06/03/10 | J | A | |
| 159. | | | | | Buy (add'l) | 10/04/10 | J | | |
| 160. ---FRNKLN RES (BEN) | | None | J | T | Buy | 10/04/10 | J | | |
| 161. ---FRONTIER (FTR) | | None | | | Spinoff (from line 224) | 07/08/10 | J | | |
| 162. | | | | | Sold | 07/12/10 | J | A | |
| 163. ---GOLDMAN SACHS GRP (GS) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 164. ---GOOGLE (GOOG) | | None | J | T | Buy | 10/04/10 | J | | |
| 165. ---GRAINGER W W (GWW) | | None | J | T | Buy | 10/04/10 | J | | |
| 166. ---H J HEINZ | | None | J | T | Buy | 10/04/10 | J | | |
| 167. ---ITT CORP (ITT) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 168. ---JOHNSON & JOHNSON (JNJ) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 169. ---JOHNSON CTL INC (JCI) | A | Dividend | J | T | Sold (part) | 10/04/10 | K | B | |
| 170. ---JUNIPER NETWORKS (JNPR) | | None | J | T | Buy | 11/29/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  ---KELLOGG CO. (K) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 172.  ---KOHLS CORP (KSS) | | None | | | Sold | 10/04/10 | J | A | |
| 173.  ---LOWES COS (LOW) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 174.  ---MCDONALDS (MCD) | A | Dividend | | | Sold | 10/04/10 | J | D | |
| 175.  ---MCKESSON CORP (MCK) | A | Dividend | J | T | | | | | |
| 176.  ---MEDCO HLTH SOLUTIONS (MHS) | | None | J | T | Sold (part) | 10/04/10 | J | A | |
| 177.  ---MFB NORTH EMERG MKTS (NOEMX) | A | Dividend | M | T | Buy (add'l) | 06/30/10 | L | | |
| 178. | | | | | Sold (part) | 10/04/10 | J | A | |
| 179.  ---MFB NORTH FDS FX INC (NOFIX) | D | Dividend | M | T | Sold (part) | 10/04/10 | J | A | |
| 180.  ---MFB NORTH FDS GLOBAL RE INDEX (NGREX) | B | Dividend | K | T | Sold (part) | 10/04/10 | J | A | |
| 181.  ---MFB NORTH HI YLD FXD INC (NHFIX) | D | Dividend | M | T | Buy (add'l) | 10/04/10 | J | | |
| 182.  ---MFB NORTH ITL EQTY INDEX (NOINX) | B | Dividend | L | T | | | | | |
| 183.  ---MFB NORTH MM ITL EQUITY (NMIEX) | B | Dividend | M | T | | | | | |
| 184.  ---MFB NORTH MM MID CAP (NMMCX) | A | Dividend | K | T | Sold (part) | 10/04/10 | J | A | |
| 185.  ---MFB NORTH MM SMALL CAP (NMMSX) | A | Dividend | K | T | Buy (add'l) | 10/04/10 | K | | |
| 186.  ---MFB NORTH MONEY MKT FND (NORXX) | A | Dividend | L | T | | | | | |
| 187.  ---MFC ISHARES BARCLAYS TIPS (TIP) | A | Dividend | K | T | Buy | 10/04/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. ---MFC SCTR SPDR BEN INT-HLTH CARE (XLV) | | None | K | T | Buy | 10/04/10 | K | | |
| 189. ---MFC SLCT SCTR SPDR CONSUMER STAPLES (XLP) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 190. ---MFC SELECT SECT SPDR ENERGY (XLE) | A | Dividend | K | T | Sold (part) | 10/04/10 | J | A | |
| 191. ---MFC SELECT SECT SPDR FINL (XLF) | A | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |
| 192. | | | | | Sold (part) | 11/03/10 | J | A | |
| 193. ---MFC SELECT SECT SPDR SHS BEN INT-MAT (XLB) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 194. ---MFC SPDR GOLD TR (GLD) | | None | L | T | Buy (add'l) | 06/30/10 | K | | |
| 195. ---MFO CREDIT SUISSE COMMODITY RTN (CRSOX) | B | Dividend | | | Sold | 07/01/10 | K | A | |
| 196. ---MFO PIMCO FDS PAC (PCRIX) | B | Dividend | K | T | Sold (part) | 10/05/10 | J | A | |
| 197. ---MICROCHIP TECH (MCHP) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 198. ---MCROSOFT CORP (MSFT) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 199. ---NATL OIL WELL VARCO (NOV) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 200. ---NIKE INC CL B (NKE) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 201. ---NOBLE ENERGY (NBL) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 202. ---NOVARTIS AG (NVS) | | None | J | T | Buy | 10/04/10 | J | | |
| 203. ---OMNICOM GRP (OMC) | | None | J | T | Buy | 11/29/10 | J | | |
| 204. ---ORACLE CORP | | None | J | T | Buy | 10/04/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  ---PEPSI CO INC (PEP) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 206.  ---PG&E CORP (PCG) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 207.  ---PRINCIPAL FIN GRP (PFG) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 208.  ---PROCTOR & GAMBLE (PG) | A | Dividend | J | T | | | | | |
| 209.  ---PRUDENTIAL FINL (PRU) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 210.  ---ROCKWELL COLLINS (COL) | A | Dividend | | | Sold | 06/03/10 | J | A | |
| 211.  ---SALESFORCE COM (CRM) | | None | J | T | Buy | 10/04/10 | J | | |
| 212.  ---SCHLUMBERGER LTD (SLB) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 213.  ---SELECT SECT SPDR INDL (XLI) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 214.  ---SELECT SECT SPDR CNSMR DISCR (XLY) | A | Dividend | K | T | Buy (add'l) | 10/04/10 | J | | |
| 215.  ---SIGMA -ALDRICH (SIAL) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 216.  ---SIMON PROP GRP (SPG) | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 217. | | | | | Buy (add'l) | 11/03/10 | J | | |
| 218.  ---SPECTRA ENERGY (SE) | A | Dividend | J | T | Buy (add'l) | 10/04/10 | J | | |
| 219.  ---SYSCO CORP COM | | None | | | Buy | 10/04/10 | J | | |
| 220. | | | | | Sold | 11/29/10 | J | A | |
| 221.  ---TRANSOCEAN INC (RIG) | | None | | | Sold | 06/01/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. ---TRAVELERS COS | A | Dividend | J | T | Buy | 10/04/10 | J | | |
| 223. ---UNITED TECH CORP (UTX) | A | Dividend | J | T | Sold (part) | 10/04/10 | J | A | |
| 224. ---VERIZON COMM (VZ) | A | Dividend | | | Sold | 10/04/10 | J | A | |
| 225. ---WHOLE FOODS MKT (WFMI) | | None | J | T | Buy | 10/04/10 | J | | |
| 226. NORTHERN TRUST #7 | | | | | | | | | |
| 227. ---TEMPLETON FOREIGN CL A (TEMFX) | A | Dividend | L | T | Buy (add'l) | 12/21/10 | J | | |
| 228. NORTHERN TRUST #8 | | | | | | | | | |
| 229. ---AMERICAN BALANCED CL A (ABALX) | A | Dividend | K | T | Buy (add'l) | 03/08/10 | J | | |
| 230. | | | | | Buy (add'l) | 06/09/10 | J | | |
| 231. | | | | | Buy (add'l) | 09/19/10 | J | | |
| 232. | | | | | Buy (add'l) | 12/27/10 | J | | |
| 233. NORTHERN TRUST #9 | A | Dividend | J | T | | | | | |
| 234. NORTHERN TRUST #10 | A | Dividend | L | T | | | | | |
| 235. CONDO(50%) SAN FRANCISCO CA | D | Rent | O | W | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

[ ] NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | | | | | |
| 240. | | | | | | | | | |
| 241. | | | | | | | | | |
| 242. | | | | | | | | | |
| 243. | | | | | | | | | |
| 244. | | | | | | | | | |
| 245. | | | | | | | | | |
| 246. | | | | | | | | | |
| 247. | | | | | | | | | |
| 248. | | | | | | | | | |
| 249. | | | | | | | | | |
| 250. | | | | | | | | | |
| 251. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKeown, Mary M. | 04/30/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII:

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary M. McKeown**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544